■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD GREEN, Appellant. — Judgment unanimously reversed, on the law, and a new trial granted. Memorandum: After he had been arraigned and assigned counsel on an unrelated matter, defendant was interrogated and a confession obtained on the instant charge in the absence of his assigned counsel. *People v Rogers* (48 NY2d 167) prohibits questioning under those circumstances and requires suppression of the statement. Although the *Rogers* rule was not in effect at the time of defendant's arrest, the rule has been given retroactive effect (*People v Albro*, 52 NY2d 619, 624). (Appeal from judgment of Monroe County Court, Bergin, J. — rape, first degree, and other charges.) Present — Simons, J. P., Callahan, Denman, Moule and Schnepp, JJ.

■ W.S.S. SYSTEMS, INC., Appellant, v LINDA E. TARBOX, Respondent. — Judgment unanimously affirmed, with costs, for the reasons stated at Trial Term, Pine, J. (Appeal from judgment of Supreme Court, Monroe County, Pine, J. — reformation and specific performance.) Present — Simons, J. P., Callahan, Denman, Moule and Schnepp, JJ.